(INND Rev. 8/16)

page 1

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

[Use this form to sue for employment discrimination. <u>NEATLY</u> print in ink (or type) your answers.]

Ekemini R. Rowe
[You are the **PLAINTIFF**, print your full name on this line.]

v.

AFCO AvPorts Management LLC.
[The **DEFENDANT** is who you are suing.]

Case Number  2:20 CV 180
[For a new case in this court, leave blank.
The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is <u>VERY IMPORTANT</u> that you include it on <u>everything</u> you send to the court for this case. <u>DO NOT</u> send more than one copy of anything to the court.]

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. My address is: 7447 S. South Shore Dr., Unit 8G, Chicago, IL, 60649.

2. My telephone number is: (847) 693-9734

3. The Defendant's address is: 6001 Airport Rd., Gary, IN, 46406.

4. This action is brought for employment discrimination pursuant to:

   ☑ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.
   [race, color, gender, religion, national origin]

   ◯ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634.

   ◯ Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112 to 12117.

   ☑ Other: Section 1981 of the Civil Rights Act of 1866, 42 U.S. Code §1981.

5. I filed a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission on: November 12, 2019

6. The date on my Notice of Right to Sue letter is: January 16, 2020

7. The date I received my Notice of Right to Sue letter was: January 22, 2020

[<u>DO NOT</u> write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement using simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how the defendant discriminated against you.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. In 2018, I made multiple complaints against my co-worker Andrew Adam, the only white male in the operations department. At the start of my employment Mr. Adam was my trainer and directly above me in the operations department's chain of command. I (a black woman), was the only female Mr. Adam had to train. I was the only person Mr. Adam directed hostility toward.

2. In late 2018, Mr. Adam was promoted to Operations Supervisor despite my numerous complaints against him to management. I expressed to HR I believed Mr. Adam received favorable treatment from management due to being white and male.

3. In January 2019, I met with management and HR to discuss my complaints against Mr. Adam and my 2018 job performance. Throughout the meeting, the Airport's Manager Curt Ulman (white male) claimed I had "no integrity" and "no loyalty" to the operations dept. at Gary/Chicago Int'l Airport. I was ordered by Ulman to "obey" Andrew Adam or else I would be "dealt with" and fired. Management also served me with a poor employee review on my performance evaluation and two bogus write-ups claiming I violated overtime procedures. When I objected to management's actions and requested they prove I violated overtime procedures, Mr. Ulman told me to "shut up" and "speak when permitted". Mr. Ulman used these pharses multiple times and used intimidation gestures such as slamming his hands on the table to deter me from speaking. I was forced to sign the write-ups under duress. After the meeting, harrassment from Mr. Adam continued and harrassment from other staff members began.

(End of Page 1 of CLAIMS AND FACTS Section).

Continue to Page 2.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

## CLAIMS AND FACTS

4. In March 2019, I was approached by the Airport's Executive Director Duane Hayden while in the airport maintenance bay by myself. He stated I was a **"difficult person"** and demanded I resign immediately. I was threatened with write-up's for insubordination for refusing to comply. Mr. Hayden also pointed to the door and exclaimed terms such as **"move around"**, **"get out of here"**, and **"shoo"** as he insisted I resign. He mocked my performance evaluation which included my complaints against Andrew Adam, referring to it as **"a 59-page manifesto"**. During the 30-minute tirade, Mr. Hayden called me **"immature"** and said I did not belong at Gary/Chicago International Airport.

5. In May 2019, I reported a co-worker named Anthony Floyd for taunting me with an airport vehicle and sexual harassment. I made my fear of Mr. Floyd known verbally and through email. Witnesses came forward to validate my claims against Mr. Floyd. HR and Management refused to reprimand Mr. Floyd and deliberately placed me on overtime shifts where I would be alone with Anthony Floyd.

6. On July 2, 2019, Anthony Floyd was terminated after horribly botching an airfield painting job. One day after Mr. Floyd's termination, Curt Ulman called me a **"scared bitch"** as he passed me in the airport's administration building. This led to my constructive discharge on July 10, 2019.

End of Statement.

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?

The maximum allowed for punitive damages under Title VII of the Civil Rights Act of 1964 and Section 1981 of the Civil Rights Act of 1866 (Section 1981).

**DOCUMENTS** – I have attached a copy of the following documents:

- ☑ Charge Of Discrimination form filed with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission
- ☑ Notice of Right to Sue letter
- ○ Other: _____

**FILING FEE** – Are you paying the filing fee?

- ☑ Yes, I am paying the $400.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. *[If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]*
- ○ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

_ER_ I will keep a copy of this complaint for my records.
_ER_ I will promptly notify the court of any change of address.
_ER_ I declare **under penalty of perjury** that the statements in this complaint are true.

_____          04/15/2020
Signature                                        Date

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 470-2019-04345 |

**Indiana Civil Rights Commission** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Ekemini R. Rowe | (847) 693-9734 | 1991 |

Street Address: 7447 S. South Shore Dr., APT 8G, Chicago, IL 60649

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| AFCO AVPORTS MANAGEMENT, LLC | 15 - 100 | (219) 949-1941 |

Street Address: Gary/Chicago International Airport, 6001 Airport Road, Gary, IN 46406

**DISCRIMINATION BASED ON** *(Check appropriate box(es).)*

☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest — Latest: 07-10-2019
☐ CONTINUING ACTION

**THE PARTICULARS ARE** *(If additional paper is needed, attach extra sheet(s)):*

I was hired by the Respondent in or around February 2018. I was employed as Airport Operations and Safety/Security Coordinator. Throughout my employment, I was harassed by management and non-management personnel and subjected to different terms and conditions of employment, including, but not limited to, failure to pay me for overtime and holidays. Throughout my employment, I engaged in protected activity. Subsequently, I was disciplined and I was constructively discharged.

I believe that I have been discriminated against because of my sex, female, and retaliated against for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: Nov 12, 2019
Charging Party Signature: *[signature]*

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*

EEOC Form 161 (11/16)    U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Ekemini R. Rowe<br>7447 S. South Shore Dr.<br>APT 8G<br>Chicago, IL 60649 | From: | Indianapolis District Office<br>101 West Ohio Street<br>Suite 1900<br>Indianapolis, IN 46204 |

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 470-2019-04345 | Marc A. Fishback,<br>Enforcement Supervisor | (463) 999-1179 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

- NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that** occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

/s/ *(signature)*

Michelle Eisele,
District Director

JAN 1 6 2020

*(Date Mailed)*

Enclosures(s)

cc:  Ralynn Crockett
HR Coordinator
AFCO AVPORTS MANAGEMENT, LLC
Gary/Chicago International Airport
6001 Airport Road
Gary, IN 46406